TO BE PUBLISHED

# Supreme Court of Kentucky

### 2019-SC-000287-KB

MICHELE MCREYNOLDS BRADLEY **MOVANT**



V.                    IN SUPREME COURT

KENTUCKY BAR ASSOCIATION                    **RESPONDENT**

## OPINION AND ORDER

Michele McReynolds Bradley, Kentucky Bar Association (KBA) Number 85587, was admitted to the practice of law in the Commonwealth of Kentucky on November 2, 1994. Her bar roster address is 126 Kruempelman Drive, Fort Mitchell, Kentucky, 41011. She filed an application for restoration to the practice of law pursuant to SCR 3.500(3), which the KBA's Board of Governors recommends we approve. For the following reasons, we agree with the Board and restore Bradley to the practice of law.

## I.    BACKGROUND

Bradley was admitted to the practice of law in Ohio in December 1993, Kentucky in 1994, and Georgia in 1998. In 2000, Bradley filed a motion to withdraw from membership in the KBA pursuant to SCR 3.480(1). That motion was granted, as she was "an active member in good standing and ha[d] no pending disciplinary investigation, complaints, or charges." *Id.* She now seeks to be restored to the practice of law in Kentucky.

Bradley continued to practice law in Georgia until 2006 and remains an active member of the Ohio Bar in good standing. She has worked fulltime teaching at the University of Cincinnati College of Law since 2006. She has resided in Fort Mitchell, Kentucky, during her tenure at the University of Cincinnati.

Bradley applied for restoration of membership in the KBA in August 2018. The Character and Fitness Committee has investigated her application and found no evidence that she has practiced law in Kentucky after the date of her withdrawal from the KBA in 2000. Bradley has paid all necessary fees and complied with all requirements for maintaining her continuing legal education credits. No disciplinary matters are pending against Bradley. The Character and Fitness Committee approved Bradley's request that she not be required to sit for the bar examination, as she has practiced five out of the past seven years in Ohio (a reciprocal jurisdiction) pursuant to SCR 3.500(3)(e).

Bradley intends to practice law in the Commonwealth of Kentucky by providing pro bono legal services through the Northern Kentucky Volunteer Lawyers Group program. The Office of Bar Admissions received numerous letters of recommendation in support of Bradley's restoration to the practice of law. All of the Character and Fitness Committees investigations into Bradley were favorable. She is not subject to any adverse judgments, has never been fired or asked to resign from a position, and has not been charged with fraud or adjudicated bankrupt.

## II.  BOARD OF GOVERNORS' RECOMMENDATION

The Office of Bar Counsel filed a motion for the Board of Governors to accept the recommendation of the Character and Fitness Committee and restore Bradley to the practice of law in Kentucky without examination.  The Board of Governors recommends that this Court grant Bradley's application and restore her to the practice of law.  The Board's vote was unanimous.  We agree.

## III.  ORDER

Agreeing that the Board's recommendation to restore Bradley to the practice of law is appropriate, it is ORDERED:

1. Michele McReynolds Bradley's application for restoration without examination is GRANTED;

2. Bradley must pay current membership dues;

3. Pursuant to SCR 3.500(4), Bradley shall pay the costs of this proceeding in the amount of $227.34.  In the event the costs exceed the posted bond, Bradley will pay for any additional costs.  If there is any amount remaining in the bond after the KBA has recovered its costs, that amount will be refunded to Bradley.

All sitting.  All concur.

ENTERED:  September 26, 2019.

_____
CHIEF JUSTICE

3